**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

**CIVIL ACTION NO. 04-451-JBC**

**RHONDA HALL,** **PLAINTIFF,**

**V.**   **MEMORANDUM OPINION AND ORDER**

**JO ANNE BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The plaintiff, Rhonda Hall, brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of an administrative decision of the Commissioner of Social Security denying Disability Insurance Benefits. The court referred this action to United States Magistrate Judge James B. Todd, who issued Proposed Findings of Fact and Recommendation, to which the plaintiff filed objections. When the parties to an action submit objections to the magistrate judge's report and recommendation, the district court reviews the record *de novo*. 28 U.S.C. § 636(b)(1)(C). The court, having reviewed the record and being otherwise sufficiently advised, will accept the magistrate judge's report and recommendation and will affirm the Commissioner's decision.

The plaintiff objects to the magistrate judge's report and recommendation, arguing that the limitations found by the ALJ were different from those opined by one of the state agency non-examining mental reviewers, Jane F. Brake, Ph.D., such that the failure of the ALJ to explain the weight given to these limitations was not harmless

error. The court agrees with the magistrate judge that the ALJ's failure to explain his non-reliance on the reports of the state agency non-examining mental reviewers, Dr. Brake and Dr. Edward Ross, was harmless error because the mental limitations found by the ALJ are consistent with the mental limitations opined by the state agency non-examining mental reviewers.

Dr. Brake opined that the plaintiff had moderate limitations on her "ability to work in coordination with or proximity to others without being distracted by them" and on her "ability to complete a normal workday and workweek without interruptions from psychologically based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods." (TR 260-61) Dr. Brake chose from categories of "not significantly limited," "moderately limited," and markedly limited" when making her report.

The ALJ found that the plaintiff has a "fair ability" to relate to co-workers; use judgment; interact with supervisor(s); maintain attention/concentration; understand, remember and carry out complex job instructions; and behave in an emotionally stable manner and that she has a "poor ability" to deal with the public; deal with work stress; relate predictably in social situations; and demonstrate reliability. (TR 24) The ALJ's findings were based on the opinions of Phil Pack, M.S., a consultative psychologist who evaluated the plaintiff in February 2003, at the request of her counsel. Dr. Pack's evaluation form listed categories of "good," "fair," and "poor." (TR 298)

The ALJ's findings are consistent with the opinions of the mental reviewers.

2

Since the ALJ found that the plaintiff's mental impairment was "severe," the ALJ arguably placed greater limitations than the state agency non-examining mental reviewers' opinions support, resolving any dispute in favor of the plaintiff. Further, the state agency non-examining mental reviewers do not place limitations on the plaintiff that were not accounted for by the ALJ. Consequently, any error in not explaining why the state agency non-examining mental reviewers' opinions were impliedly rejected is harmless, and remand would not lead to a different result in this case. Accordingly,

**IT IS ORDERED** that the Proposed Findings of Fact and Recommendation of the magistrate judge (DE 7) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment (DE 4) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (DE 5) is **GRANTED**.

Signed on June 22, 2005

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY